**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6571

TYRONE LORENZO ROBINSON,

              Plaintiff - Appellant,

        v.

SOUTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, Highway Patrol;
JOSEPH FRANKLIN CLIPSE, in his individual and official capacity,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Sol Blatt, Jr., Senior District
Judge.  (2:06-cv-01288-SB)

Submitted:  March 25, 2008           Decided:  June 10, 2009

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Lorenzo Robinson, Appellant Pro Se.  Marshall Hodges
Waldron, Jr., CAROLINA LITIGATION ASSOCIATES, LLC, Bluffton, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lorenzo Robinson appeals the district court's orders granting summary judgment in Defendants' favor in this action filed under 42 U.S.C. § 1983 (2000), and denying Robinson's Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. S.C. Dep't of Pub. Safety, No. 2:06-cv-01288-SB (D.S.C. Mar. 15, 2007; Nov. 5, 2007). We deny Robinson's motions for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED